IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR225 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ELICIA GRIGSBY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant, Elicia Grigsby's Motion to Continue Trial [52]. For the reasons set forth in the motion, the undersigned finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [32] is granted, as follows:

1. The jury trial, now set for July 2, 2024, is cancelled, and will be rescheduled by further order of the court.

2. **The defendant's Arraignment hearing on the Superseding Indictment remains scheduled for June 20, 2024, at 1:30 p.m.**

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and the trial of this case**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

4. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: June 17, 2024.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge